# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| Keith Landrus, | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 2:17-CV-00202-JLQ |
| Midland Credit Management, Inc. and Midland Funding, LLC, | ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered dismissing Complaint and the claims therein WITH PREJUDICE and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JUSTIN L. QUACKENBUSH pursuant to Fed.R.Civ.P. 41(a)(1)(A).

Date: _____

*CLERK OF COURT*

SEAN F. McAVOY

_____
*(By) Deputy Clerk*